PROB 12C
(6/16)

Report Date: December 2, 2019

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Dec 03, 2019**

Eastern District of Washington

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Jeffrey Francis Matlock | Case Number: 0980 2:08CR00137-WFN-43 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 29, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a) & 846 |
| Original Sentence: | Prison - 144 months and 20 days  TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: October 11, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: October 10, 2029 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.  **Supporting Evidence**: On or about November 11, 2019, Jeffrey Matlock violated the conditions of his supervision by consuming methamphetamine.  On October 11, 2019, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Matlock, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.  After the close of business on November 13, 2019, the undersigned officer received a text message from a community corrections officer (CCO) with the Washington State Department of Corrections (WA DOC) who informed this officer that Mr. Matlock had provided a urine sample on that date, which tested positive for methamphetamine.  Shortly thereafter, Mr. Matlock texted this officer stating he had a "slip," but had "corrected (himself) immediately." The offender continued on to inform this officer that his CCO was directing him to participate in an assessment and asking that the undersigned officer allow |

Prob12C
**Re: Matlock, Jeffrey Francis**
**December 2, 2019**
**Page 2**

him to "process through it in the state and see that (he) can do it, rather than double hit me on it." This officer responded to Mr. Matlock with instructions for him to report to the U.S. Probation Office on November 14, 2019.

On November 14, 2019, Mr. Matlock reported to the U.S. Probation Office as instructed. At that time, he submitted a urine sample that tested presumptive positive for methamphetamine. The offender later admitted to the use of methamphetamine, on or about November 11, 2019, and signed an admission of use form confirming that admission.

2   **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about November 23, 2019, Jeffrey Matlock violated the conditions of his supervision by consuming methamphetamine.

On October 11, 2019, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Matlock, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

On November 26, 2019, the undersigned officer contacted Mr. Matlock and instructed him to report to the U.S. Probation Office to sign some necessary documentation. The offender initially stated he was very busy with school that day, but this officer referenced a school schedule he had sent this officer earlier that morning, which showed he was expected to be finished with school around noon. Mr. Matlock stated he had to study after school and was not sure he would be able to make it to the office on time, despite the fact that the U.S. Probation Office is open until 5 p.m. This officer became suspicious, so at 9:49 a.m. this officer contacted Mr. Matlock to instruct him to report to the U.S. Probation Office to submit to random urinalysis testing.

When Mr. Matlock did finally report to the U.S. Probation Office at 4:55 p.m., more than 8 hours later and just a few minutes before closing, he provided a urine sample that tested presumptive positive for methamphetamine. The offender did not admit or deny the use of methamphetamine at that time, and he was subsequently instructed to report to the U.S. Probation Office at 8 a.m. on November 27, 2019.

On November 27, 2019, Mr. Matlock reported to the U.S. Probation Office and admitted to the use of methamphetamine on or about November 23, 2019. He signed an admission of drug use form confirming the use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Matlock, Jeffrey Francis**
**December 2, 2019**
**Page 3**

                              I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/02/2019

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

12/3/2019
Date