PROB 12C
(6/16)

Report Date: December 10, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Jeffrey Francis Matlock | Case Number: | 0980 2:08CR00137-WFN-43 |
| Address of Offender: | | Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 29, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a) & 846 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 144 months and 20 days<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: | October 11, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | October 10, 2029 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/02/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about December 1, 2019, Jeffrey Matlock violated the conditions of his supervision by consuming methamphetamine.<br><br>On October 11, 2019, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Matlock, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.<br><br>On December 2, 2019, the undersigned officer received notification from Mr. Matlock's community corrections officer (CCO), with the Washington State Department of Corrections (WA DOC), that the offender had submitted a urine sample which tested presumptive positive for methamphetamine. Mr. Matlock's CCO also recommended that this officer collect a urine sample from Mr. Matlock. |

Prob12C
**Re: Matlock, Jeffrey Francis**
**December 10, 2019**
**Page 2**

Shortly thereafter, this officer contacted Mr. Matlock and instructed him to report to the U.S. Probation Office on that date for random urinalysis testing. The offender began to suggest that he may not be able to report as instructed because he had quite a bit to do that day. Considering the information received from WA DOC, this officer asked Mr. Matlock if there was anything he wanted to share with this officer, and after a bit of hesitation, the offender admitted that he was "dirty". This officer subsequently instructed Mr. Matlock to report to the U.S. Probation Office.

Later that date, on December 2, 2019, Mr. Matlock reported to the U.S. Probation Office as instructed and signed an admission of use form, admitting to the use of methamphetamine on or about December 1, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/10/2019

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

12/13/2019
Date