PROB 12C
(6/16)

Report Date: December 19, 2019

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 19, 2019**

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Jeffrey Francis Matlock | Case Number: 0980 2:08CR00137-WFN-43 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 29, 2010

Original Offense: Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a) & 846

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 144 months and 20 days<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: | October 11, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | October 10, 2029 |

### PETITIONING THE COURT

To **issue a summons** and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/02/2019 and 12/10/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about December 7, 2019, Jeffrey Matlock violated the conditions of his supervision by consuming methamphetamine.<br><br>On October 11, 2019, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Matlock, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.<br><br>On December 17, 2019, the undersigned officer received notification from Mr. Matlock's community corrections officer (CCO), with the Washington State Department of Corrections (WA DOC), the offender had provided a mouth swab on December 9, 2019, that was later determined to be positive for methamphetamine. Because Mr. Matlock was scheduled to report to WA DOC that morning, this officer asked the CCO to instruct the offender to report to the U.S. Probation Office following his appointment there. |

Prob12C
**Re: Matlock, Jeffrey Francis**
**December 19, 2019**
**Page 2**

Mr. Matlock reported to the U.S. Probation Office as instructed on December 17, 2019. He submitted to random urinalysis testing and provided a sample that tested negative. When this officer informed the offender of the information received from WA DOC, Mr. Matlock eventually admitted to the use of methamphetamine on or about December 7, 2019. He also signed an admission of use form confirming the admitted use.

The U.S. Probation Office respectfully recommends the Court to **issue a summons** and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/19/2019

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

12/19/2019
Date