PROB 12C
(6/16)

Report Date: April 30, 2020

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 01, 2020

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeffrey Francis Matlock        Case Number: 0980 2:08CR00137-WFN-43

Address of Offender:                  Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 29, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a) & 846 | |
| Original Sentence: | Prison - 144 months and 20 days<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: October 11, 2019 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: October 10, 2029 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/02/2019, 12/10/2019 and 12/19/2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Jeffrey Matlock failed to engage in treatment with Spokane Addiction Recovery Center (SPARC), between March 24 and April 15, 2020, as required.<br><br>On October 11, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Matlock, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.<br><br>On April 15, 2020, the undersigned officer contacted Mr. Matlock to check-in with him during the ongoing pandemic. During that conversation, this officer inquired about his substance abuse treatment and the offender did not mention any issues or concerns. When the undersigned officer began to probe further and ask when the last time he participated in a session, Mr. Matlock attempted to skirt the issue. |

Prob12C
**Re: Matlock, Jeffrey Francis**
**April 30, 2020**
Page 2

In response, this officer contacted SPARC and spoke to the offender's treatment provider. She advised, on March 24, 2020, all clients were contacted and notified that in response to the COVID-19 pandemic, SPARC would be temporarily conducting all treatment sessions telephonically. As such, all clients were instructed to make themselves available for a 30 to 60 minute phone call with their counselor each week, as well as an individual session every other week.

According to the treatment provider, Mr. Matlock failed to participate in those telephonic treatment sessions after being contacted on March 24, 2020.

On March 30, 2020, the treatment provider attempted to contact the offender, but received no response. She left a message for Mr. Matlock and again received no response.

On April 3, 2020, the treatment provider attempted to contact the offender for an appointment that had been previously scheduled. She informed this officer she again got no answer and left a message for Mr. Matlock, however, received no response.

As a result of his failure to answer or respond, SPARC also attempted to contact Mr. Matlock via mail.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/30/2020

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

05/01/2020
Date