PROB 12C
(6/16)

Report Date: August 25, 2020

## United States District Court

for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2020

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeffrey Francis Matlock          Case Number: 0980 2:08CR00137-WFN-43

Address of Offender:                    Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 29, 2010

Original Offense:     Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a
                      Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a) & 846

Original Sentence:    Prison - 144 months, 20 days     Type of Supervision: Supervised Release
                      TSR - 120 days

Asst. U.S. Attorney:  Stephanie A. Van Marter         Date Supervision Commenced: October 11, 2019

Defense Attorney:     Colin G. Prince                 Date Supervision Expires: October 10, 2029

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/03/2019, 12/13/2019, 12/19/2019, 05/01/2020 and 08/06/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On August 18, 2020, it is alleged Jeffrey Matlock violated special condition #17 by failing to submit to random urinalysis testing at Pioneer Human Services (PHS), as instructed by the undersigned officer.

On October 11, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Matlock, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On August 18, 2020, at approximately 12 p.m., this officer instructed Mr. Matlock to submit to random urinalysis testing at Pioneer Human Services by 2:15 p.m. that same date.

Later that date, on August 18, 2020, PHS staff verified for the undersigned officer that the offender reported for testing, but did not submit a sufficient sample.

Prob12C

**Re: Matlock, Jeffrey Francis**
**August 25, 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/25/2020
_____

s/Amber M. K. Andrade
_____

Amber M. K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
          petition with the other violations pending before the
          Court.
[  ]    Defendant to appear before the Judge assigned to the
          case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

8/27/2020
_____
Date