PROB 12C
(6/16)

Report Date: February 5, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 05, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeffrey Francis Matlock         Case Number: 0980 2:08CR00137-WFN-43

Address of Offender:                              Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 29, 2010

Original Offense:       Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a
                        Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a) and 846

Original Sentence:      Prison - 144 months;           Type of Supervision: Supervised Release
                        TSR - 120 months

Asst. U.S. Attorney:    Stephanie A. Van Marter        Date Supervision Commenced: October 11, 2019

Defense Attorney:       Colin G. Prince                Date Supervision Expires: October 10, 2029

## PETITIONING THE COURT

To issue a summons and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/03/2019, 12/13/2019, 12/19/2019, 05/01/2020, and 08/06/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Special Condition #17**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On January 26, 2021, it is alleged Jeffrey Matlock violated special condition number 17, by consuming Mexi-pills, known to contain fentanyl. |
| | On October 11, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Matlock, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements. |
| | On January 27, 2021, Mr. Matlock admitted he had been consuming illicit controlled substances for approximately 2½ months, to include the use of Mexi-pills which are known to contain fentanyl. |

Prob12C
**Re: Matlock, Jeffrey Francis**
**February 5, 2021**
**Page 2**

On January 28, 2021, the offender signed an admission of use form in which he admits to the last use of Mexi-pills on/or about January 26, 2021.

14      **Special Condition #17**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On January 27, 2021, it is alleged Jeffrey Matlock violated special condition number 17, by consuming marijuana, methamphetamine and heroin.

On October 11, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Matlock, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On January 27, 2021, Mr. Matlock admitted he had been consuming illicit controlled substances for approximately 2½ months, to include the use of methamphetamine, heroin and marijuana.

On January 28, 2021, the offender signed an admission of use form in which he admits to the use of methamphetamine, heroin and marijuana on or about January 27, 2021. According to Mr. Matlock, he smoked marijuana laced with methamphetamine and heroin just hours before appearing in Court for a supervised release revocation hearing.

15      **Special Condition #17**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On January 27, 2021, it is alleged Jeffrey Matlock violated special condition number 17, by failing to submit to phase urinalysis testing at Pioneer Human Services (PHS) when his assigned color was identified for testing.

On October 11, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Matlock, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On January 28, 2021, this officer received notification from PHS that the offender failed to report for phase urinalysis testing on January 27, 2021, when his assigned color was identified for testing.

Prob12C  
Re: Matlock, Jeffrey Francis  
February 5, 2021  
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 5, 2021

s/Amber M. K. Andrade

Amber M. K. Andrade  
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action  
[ ]  The Issuance of a Warrant  
[X]  The Issuance of a Summons  
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ]  Defendant to appear before the Judge assigned to the case.  
[X]  Defendant to appear before the Magistrate Judge.  
[ ]  Other

Signature of Judicial Officer

2/5/2021

Date