PROB 12C
(6/16)

Report Date: February 16, 2021

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2021

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| Name of Offender: | Jeffrey Francis Matlock | Case Number: 0980 2:08CR00137-WFN-43 |
| Address of Offender: | | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 29, 2010

Original Offense:   Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a) & 846

Original Sentence:   Prison - 4400 days         Type of Supervision: Supervised Release
                     TSR - 120 months

Asst. U.S. Attorney:   Earl Allen Hicks          Date Supervision Commenced: October 11, 2019

Defense Attorney:      Colin G. Prince           Date Supervision Expires: October 10, 2029

## PETITIONING THE COURT

To **issue a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/03/2019, 12/13/2019, 12/19/2019, 05/01/2020, 08/06/2020, 8/27/2020, 12/23/2020 and 2/05/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 16 | **Special Condition #16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: On February 14, 2021, it is alleged that Jeffrey Matlock violated special condition number 16 by being unsuccessfully discharged from inpatient treatment with Spokane Addiction Recovery Center (SPARC). |
| | On October 11, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Matlock, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements. |
| | On February 14, 2021, this officer received a voice message from staff at SPARC advising that Mr. Matlock had aborted his treatment program and was no longer engaged in services. |

Prob12C
**Re: Matlock, Jeffrey Francis**
**February 16, 2021**
**Page 2**

On February 16, 2021, the undersigned officer contacted SPARC to inquire further about the details. This officer was informed that, at approximately 4:30 a.m. on February 14, 2021, staff was conducting rounds and discovered that Mr. Matlock was not in his bed. While his property was there, the offender could not be located anywhere in the residence.

On February 14, 2021, at approximately 5:30 a.m., the offender presented himself to staff at SPARC and claimed he had only left for a little while in order to try and prevent his brother from committing suicide. Treatment staff at SPARC informed Mr. Matlock that because he had broken the rules by sneaking out in the middle of the night, he was being unsuccessfully discharged from treatment.

Mr. Matlock did not call or text this officer to advise that he had been unsuccessfully discharged from treatment.

17    **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On February 16, 2021, it is alleged that Jeffrey Matlock violated standard condition number 3, by failing to check-in with the undersigned officer as instructed.

On October 11, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Matlock, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On the morning of February 16, 2021, the undersigned attempted to contact Mr. Matlock regarding information received from SPARC, but was unsuccessful. A voice message was left for the offender instructing him to check-in with this officer by 12 p.m. that day.

Shortly thereafter, this officer received a call from the offender, but the call ended after just one ring, before the undersigned could answer. The undersigned officer called Mr. Matlock, but was again unsuccessful; another voice message was left for him, as well as a text message, instructing the offender to check-in with this officer by 12 p.m. on February 16, 2021.

As of the writing of this report, the offender has failed to check-in with this officer as instructed and his current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/16/2021

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Matlock, Jeffrey Francis**
**February 16, 2021**
**Page 3**

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

2/17/2021
Date