PROB 12C
(6/16)

Report Date: November 24, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 24, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jeffrey Francis Matlock | Case Number: 0980 2:08CR00137-WFN-43 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 29, 2010

Original Offense: Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a) & 846

| | | |
|---|---|---|
| Original Sentence: | Prison - 180 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Amended Judgment:<br>(April 29, 2010) | Prison - 144 months and 20 days<br>TSR - 120 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: October 11, 2019 |
| Defense Attorney: | Kathleen Marie Geyer | Date Supervision Expires: October 10, 2029 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/03/2019, 12/13/2019, 12/19/2019, 05/01/2020, 08/06/2020, 8/27/2020, 12/23/2020, 2/05/21 and 2/17/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 18 | **Mandatory Condition #4**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.<br><br>**Supporting Evidence**: On or about May 6, 2021, it is alleged that Jeffrey Matlock violated mandatory condition number 4 by knowingly possessing multiple firearms.<br><br>On October 11, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Matlock, as outlined in the amended judgment and sentence. He signed a copy acknowledging the requirements.<br><br>On February 17, 2021, the Court issued a warrant for the offender's arrest when it was reported that he was unsuccessfully discharged from inpatient treatment and had subsequently absconded. During that time, Mr. Matlock did not contact this officer and his whereabouts were unknown. |

October 19, 2021, Mr. Matlock was federally indicted for Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1), and 924(a)(2).

| | |
|---|---|
| 19 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |

**Supporting Evidence**: On October 19, 2021, it is alleged that Jeffrey Matlock violated mandatory condition number 2 by being indicted for committing a new federal crime.

On October 11, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Matlock, as outlined in the amended judgment and sentence. He signed a copy acknowledging the requirements.

After having absconded from supervision, on May 6, 2021, the offender was located and arrested, after a standoff with the U.S. Marshals Service (USMS) and the Spokane Police Department SWAT team.

October 19, 2021, Mr. Matlock was federally indicted for Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1), and 924(a)(2). As of the writing of this report, the charge is pending adjudication.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/24/2021

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Matlock, Jeffrey Francis**
**November 24, 2021**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

_11/24/2021_
Date